ROBERT FLAHERTY, Appellant, *v.* CLARENCE CARY et al., Respondents.

Reported below, 62 App. Div. 116.
(Argued November 10, 1902; decided November 18, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 22, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

The motion was made upon the grounds that the action is to recover for services or damages for breach of contract therefor, and the judgment of the trial court dismissing the complaint having been unanimously affirmed by the Appellate Division, no appeal lies from that judgment to this court.

*Sanford Robinson* for motion.

*Archibald Douglass* opposed.

Motion denied, with ten dollars costs.